**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6634

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff - Appellee,

　　　v.

TERRENCE ARNEZ DANIELS, a/k/a Tee, a/k/a Heck,

　　　　　　　Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Cameron McGowan Currie, District
Judge.  (5:01-cr-00736-CMC-2)

Submitted: August 26, 2009　　　　Decided: September 2, 2009

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Terrence Arnez Daniels, Appellant Pro Se.  Stacey Denise Haynes,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Arnez Daniels appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Daniels, No. 5:01-cr-00736-CMC-2 (D.S.C. Apr. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED